No. 99–10282.  RICHARDSON *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 00–1.  MCCRARY *v.* OHIO DEPARTMENT OF HUMAN SERVICES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 00–2.  AMELKIN ET AL. *v.* MCCLURE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 00–3.  BECK *v.* TEXAS BOARD OF DENTAL EXAMINERS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–4.  TRENT, AKA WINEBARGER *v.* VALLEY ELECTRIC ASSN., INC.  C. A. 9th Cir.  Certiorari denied.

No. 00–5.  YERKOVICH ET AL. *v.* MCA, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–6.  CICORIA *v.* CUSHWA, CHAIRPERSON, MARYLAND PAROLE COMMISSION.  C. A. 4th Cir.  Certiorari denied.

No. 00–8.  ASA INVESTERINGS PARTNERSHIP *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. D. C. Cir.  Certiorari denied.

No. 00–9.  GEMINI, INC. *v.* THORSON.  C. A. 8th Cir.  Certiorari denied.

No. 00–10.  NGC SETTLEMENT TRUST ET AL. *v.* CENTURY INDEMNITY CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–11.  SONY COMPUTER ENTERTAINMENT INC. ET AL. *v.* CONNECTIX CORP.  C. A. 9th Cir.  Certiorari denied.

No. 00–12.  ESENSTEN ET AL. *v.* SHEA.  C. A. 8th Cir.  Certiorari denied.

No. 00–13.  QUINLAN ET AL. *v.* KIMBERLIN.  C. A. D. C. Cir.  Certiorari denied.